**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 96-3966

Joseph Anthony Roberson,        *

                                *

        Appellant,         *

                                *

        v.              *   Appeal from the United States

                                *   District Court for the

Judge Porter, Jr.; Michael O. Freeman,  *   District of Minnesota

Prosecutor; Hennepin County       *

Government Center; State of Minnesota, *   {UNPUBLISHED}

                                *

        Appellees.         *

_____

Submitted:  October 7, 1997

Filed:  November 14, 1997

_____

Before RICHARD S. ARNOLD, Chief Judge, and McMILLIAN and BEAM, Circuit Judges.

_____

PER CURIAM.


Joseph Anthony Roberson appeals from the final order of the United States District Court[1] for the District of Minnesota, dismissing Roberson's 42 U.S.C. § 1983 action against a state judge, prosecutor, government building, and the State of

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Minnesota.  We have carefully reviewed the entire record, and we conclude the district court did not err in dismissing this action.  In addition, Roberson is responsible for the filing fee in the district court and on appeal.  <u>See</u> <u>In re Tyler</u>, 110 F.3d 528, 529-30 (8th Cir. 1997) (prisoner is responsible for filing fee at moment of filing civil action or appeal).

Accordingly, we affirm.  Roberson's motions on appeal are denied.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.